■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE J. HUMPHREY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered September 12, 1990.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH JAMES, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Zweibel, J.), imposed October 15, 1990, and from an amended sentence of the same court imposed December 10, 1990.

Ordered that the appeal from the sentence imposed October 15, 1990, is dismissed as it was superseded by the amended sentence imposed December 10, 1990, and it is further,

Ordered that the amended sentence imposed December 10, 1990, is affirmed. No opinion. Mangano, P. J., Thompson, Lawrence, Miller and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KIRK, Appellant.—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (D'Emillo, J.), rendered November 8, 1990, convicting him of attempted robbery in the first degree and attempted burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Lawrence, Miller and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN P. MACK, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Cowhey, J.), rendered May 21, 1991.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.